### HALL, Respondent, *v.* CANARY, Appellant.

*(Common Pleas of New York City and County, General Term.* February 1, 1892.)

Appeal from city court, general term.

Action by Mary A. Hall against Thomas Canary. For former report, see 13 N. Y. Supp. 582.

Argued before ALLEN, BISCHOFF, and PRYOR, JJ.

*Albert I. Sire,* for appellant. *Edward Browne,* for respondent.

PER CURIAM. The only exceptions which appear in the record of this appeal and are urged for reversal of the judgment are those taken to the trial justice's exclusion of certain questions addressed to the witnesses by defend-

ant's counsel under objection by plaintiff's counsel. These questions were so palpably incompetent that it seems a mere waste of time to discuss the exceptions taken to their exclusion. Judgment affirmed, with costs.